```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -  X
                                 :
  UNITED STATES OF AMERICA       :    UNSEALING ORDER
                                 :
          - v. -                 :    S3 21 Cr. 321 (GHW)
                                 :
  YULAN ANDONY ARCHAGA CARÍAS,   :
     a/k/a "Alexander Mendoza,"  :
     a/k/a "Porky,"              :
  DAVID CAMPBELL,                :
     a/k/a "Viejo Dan,"          :
     a/k/a "Don David,"          :
  JUAN CARLOS PORTILLO SANTOS,   :
     a/k/a "Juancy," and         :
  VICTOR EDUARDO MORALES ZELAYA, :
     a/k/a "Cuervo,"             :
  JORGE ALBERTO VELASQUEZ PAZ,   :
     a/k/a "Chacarron,"          :
                                 :
           Defendants.           :
- - - - - - - - - - - - - - - -  X
```

Upon the application of the United States, by United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney David J. Robles;

It is found that the Indictment in the above-captioned action, S3 21 Cr. 321 (GHW), is currently sealed and the United States Attorney's Office has applied to have the Indictment unsealed, it is therefore:

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
      April 10, 2024

_____
SARAH NETBURN
United States Magistrate Judge